UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :        Magistrate No. 19-1582 (DEA)
              v.                  :
                                  :        ORDER MODIFYING CONDITIONS
                                  :        OF RELEASE
VICTOR RODRIGUEZ                  :
                                  :

     This matter having been brought before the Court on Defendant's application for an order

eliminating the previously imposed conditions of electronic monitoring and a curfew; Defendant

having been supervised by Pretrial Services since January 2020 without incident; and the Court

having found these conditions of release are no longer necessary to address either risk of flight or

danger to the community; and Pretrial Services and the Government having no objection; and for

good cause shown;

    IT IS ORDERED this ___16th___ day of September 2020 that Defendant is no longer

subject to electronic monitoring and a curfew as conditions of his release.

    IT IS FURTHER ORDERED that all other conditions of release remain in

effect.


_____
Douglas E. Arpert
United States Magistrate Judge


**RECEIVED**

SEP 16 2020

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE